# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2020

161864

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MATTHEW ALLEN WAGNER,
     Defendant-Appellant.
_____/

SC: 161864
COA: 353493
Oakland CC: 2019-271381-FC

On order of the Court, the application for leave to appeal the July 16, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2020



a1216

Clerk